# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Robert B. Norland and Kimberly L. Norland
Chapter 7  Case No. 17–10785–SDB
    *Debtor(s)*

Joseph E. Mitchell, III, Chapter 7 Trustee for Robert
B. Norland & Kimberly L. Norland
    *Plaintiff(s)*

vs.

Brickyard Holdings, LLC
    *Defendant(s)*

Adversary Proceeding
No. 18–01011–SDB

James S.V. Weston
3527 Walton Way Ext.
Augusta, GA 30909

On June 29, 2018 , you filed an adversary proceeding in this Court.

Part VII of the Bankruptcy Rules requires service of your complaint upon certain parties in the manner specified in Bankruptcy Rule 7004. I enclose, herewith, Summons and Notice which you should serve within seven (7) days from the date of issuance along with a copy of your complaint. <u>You are further required to file a `Certificate of Service' with the Clerk showing that such service has been made. The certificate should list each party's name and address.</u>

***FAILURE TO TIMELY SERVE THIS SUMMONS AND NOTICE AND COMPLAINT COULD RESULT IN DISMISSAL OF SAID COMPLAINT.***

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated **July 2, 2018**

**Enclosures**

*GASA–16[Rev. 12/14]* **AKG**