# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Robert B. Norland and Kimberly L. Norland
Chapter 7  Case No. 17–10785–SDB
    *Debtor(s)*

Joseph E. Mitchell, III, Chapter 7 Trustee for Robert B. Norland & Kimberly L. Norland
    *Plaintiff(s)*

vs.

Brickyard Holdings, LLC
    *Defendant(s)*

Adversary Proceeding
No. 18–01011–SDB

### SUMMONS IN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

    Clerk, United States Bankruptcy Court
    Federal Justice Center
    600 James Brown Blvd
    P.O. Box 1487
    Augusta, GA 30903

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    James S.V. Weston
    3527 Walton Way Ext.
    Augusta, GA 30909

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

    **Lucinda Rauback, CLERK**
    United States Bankruptcy Court
    Federal Justice Center
    600 James Brown Blvd
    P.O. Box 1487
    Augusta, GA 30903



Date of issuance: **July 2, 2018**

A–18[Rev. 05/12] **AKG**