# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| Robert B. Norland, | ) | |
| Kimberly L. Norland | ) | Case No.        17-10785-SDB |
|     Debtors, | ) | |
| _____ | ) | |
| | ) | |
| Joseph E. Mitchell, III, Chapter 7 Trustee | ) | |
| For Robert B. Norland & Kimberly L. Norland | ) | Adversary Proceeding |
|     Plaintiff, | ) | No. 18-01011-SDB |
| v. | ) | |
| Brickyard Holdings, LLC | ) | |
|     Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

    This is to certify that the undersigned has this day served a copy of the foregoing SUMMONS, NOTICE and COMPLAINT upon the below-named parties by depositing true and accurate copies of the same into the United States Mail, with proper postage affixed and addressed as follows:

Brickyard Holdings, LLC
c/o its Manager and Registered Agent for Service, Scott Seymour
7401 Graham Road
Fairburn, Georgia, 30213

**CERTIFIED, RETURN RECEIPT REQUESTED
TRACKING NO.: 9590 9402 3577 7305 0891 56
AND REGULAR FIRST CLASS MAIL**

This 6th day of July, 2018.

                                                             /s/ James S.V. Weston
                                                             James S.V. Weston
                                                             Georgia State Bar No.: 750251
                                                             Attorney for Plaintiff

TROTTER JONES, LLP
3527 Walton Way Extension

Augusta, Georgia 30909-1821
Phone: (706) 737-3138
Fax: (706) 738-3973
jamie@trotterjones.com