# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Robert B. Norland and Kimberly L. Norland
Chapter 7  Case No. 17–10785–SDB
    *Debtor(s)*

Joseph E. Mitchell, III, Chapter 7 Trustee for Robert B. Norland & Kimberly L. Norland
    *Plaintiff(s)*

vs.

Brickyard Holdings, LLC
    *Defendant(s)*

Adversary Proceeding
No. 18–01011–SDB

## NOTICE OF SHOW CAUSE HEARING IN ADVERSARY PROCEEDING

*NOTICE IS HEREBY GIVEN THAT:* a hearing to show cause why the above–referenced adversary proceeding should not be dismissed for failure to prosecute will be held on:

**September 20, 2018 , at 09:00 AM**
**Federal Justice Center, Plaza Bldg, 600 James Brown Blvd (9th St), Augusta, GA 30901**

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated **August 21, 2018**

A–10[Rev. 05/12] ***AKG***