```
                          United States Bankruptcy Court
                            Southern District of Georgia
Joseph E. Mitchell, III, Chapter 7 Trust,
        Plaintiff                                           Adv. Proc. No. 18-01011-SDB

Brickyard Holdings, LLC,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 113J-1          User: ctoole              Page 1 of 1              Date Rcvd: Sep 07, 2018
                              Form ID: GASA03           Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2018.
dft            +Brickyard Holdings, LLC,    7401 Graham Road,    Fairburn, GA 30213-2915
pla             Joseph E. Mitchell, III, Chapter 7 Trustee for Rob,    P. O. Box 2504,    Augusta, GA  30903-2504
intp           +Kimberly L. Norland,    3526 Evans to Locks Road,    Augusta, GA 30907-3366
intp           +Robert B. Norland,    3526 Evans to Locks Road,    Augusta, GA 30907-3366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion21.sv.ecf@usdoj.gov Sep 07 2018 18:42:19      Office of the U. S. Trustee,
                 Johnson Square Business Center,   2 East Bryan Street, Ste 725,    Savannah, GA 31401-2638
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             None Specified
intp            Scott Seymour
                                                                                             TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
              James S.V. Weston    on behalf of Plaintiff    Joseph E. Mitchell, III, Chapter 7 Trustee for
               Robert B. Norland & Kimberly L. Norland jamie@trotterjones.com,   Nancy@trotterjones.com
              Office of the U. S. Trustee    Ustpregion21.sv.ecf@usdoj.gov
                                                                                             TOTAL: 2
```

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of:

Robert B. Norland and Kimberly L. Norland
Chapter 7  Case No. 17−10785−SDB
    *Debtor(s)*

Joseph E. Mitchell, III, Chapter 7 Trustee for Robert
B. Norland & Kimberly L. Norland
    *Plaintiff(s)*

vs.

Adversary Proceeding
No. 18−01011−SDB

Brickyard Holdings, LLC
    *Defendant(s)*

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law:

**Brickyard Holdings, LLC**

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

*Lucinda Rauback, CLERK*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903



Date of issuance: **September 7, 2018**

*A−03[Rev. 05/12]* **CMT**